# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700143**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**AARON Z. BUCHANAN**
Sonar Technician (Surface) Seaman Recruit (E-1),
U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Paul C. LeBlanc, JAGC, USN.
Convening Authority: Commanding Officer, Training Support
Center, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Stacy E.
Saxon, JAGC, USN.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 15 August 2017

———————————————

Before HUTCHISON, FULTON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court